IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**GLYNN J. SINGLETON**     **PLAINTIFF**

V.     **CASE NO. 2:12CV216-NBB-SAA**

**WELLS FARGO BANK, N.A.,**
**WELLS FARGO INSURANCE, INC.**
**QBE INSURANCE CORPORATION,**
**and STERLING NATIONAL INSURANCE AGENCY, INC.**     **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Defendants Wells Fargo Bank, N.A. and Wells Fargo Insurance, Inc.'s Motion to Dismiss is hereby **GRANTED.** It is **FURTHER ORDERED** that QBE Insurance Corporation's Motion to Dismiss is hereby **GRANTED.**

This, the 26th day of September, 2013.

            /s/ Neal Biggers
            **NEAL B. BIGGERS**
            **UNITED STATES DISTRICT JUDGE**